Judgment affirmed.

*Daniel Campbell,* for Plaintiff in Error.

*D. Stuart Gillis,* and *Blount & Blount & Carter,* for Defendant in Error.

---

Bainbridge Richardson, Charles Blum, Henry Gaillard, Hueling Davis and George W. Carr, Appellants, v. Florida Fire & Casualty Insurance Company, a Corporation, Appellee.

Filed April 5, 1916.

Appeal from Circuit Court, Duval County; Daniel A. Simmons, Judge.

Orders affirmed.

*McNeill & Butler, Powell & Pelot, C. M. Cooper,* and *Chas. P. & J. J. G. Cooper,* for Appellants;

*H. L. Anderson* and *Reynolds & Rogers,* for Appellee.

---

D. H. McMillan, Appellant, v. The Fidelity Bank of New Smyrna, a Corporation, Charles L. Bagwell and Charles L. Bagwell, doing business as C. L. Bagwell & Company, and Consolidated Naval Stores Company, a Corporation, Appellees.